**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

September 22, 2015

Hon. Jerad Najvar
Attorney at Law
4151 Southwest Freeway, Ste. 625
Houston, TX 77027
* DELIVERED VIA E-MAIL *

Hon. Gilberto Hinojosa
Attorney at Law
622 E. St. Charles St.
Brownsville, TX 78520
* DELIVERED VIA E-MAIL *

Re:        Cause No. 13-14-00581-CV
Tr.Ct.No.  C-6914-13-G
Style:      Lupe Rivera v. Leticia "Letty" Lopez


        State's motion to obtain a copy of the record in the above cause was this day GRANTED by this Court. A CD copy of the record is being sent as of this date.

                        Very truly yours,

                        *Dorian E. Ramirez*

                        Dorian E. Ramirez, Clerk


DER:ch